IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLENE SMITH,

    Plaintiff,

vs.                                                            Case No.  1:16cv1123

ENHANCED RECOVERY COMPANY, LLC,        Judge Michael R. Barrett

    Defendant.

## NOTICE OF SETTLEMENT

    COMES NOW the Plaintiff, Charlene Smith, by counsel, and hereby notifies the Court that a settlement has been reached between the Plaintiff, Charlene Smith, and the Defendant, Enhanced Recovery Company, LLC.  The settlement must be approved by the United States Bankruptcy Court for the Southern District of West Virginia, Case No. 3:16-bk-30155.  The parties respectfully request that the Court stay this matter pending approval of the settlement in bankruptcy court.

                                                      By:    /s/ Jason E. Causey
                                                                 JASON E. CAUSEY #0081933
                                                                  BORDAS & BORDAS, PLLC
                                                                  106 East Main Street
                                                                  Saint Clairsville, OH  43950
                                                                  (304) 242-8410
                                                                  jcausey@bordaslaw.com

                                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      Service of the foregoing **NOTICE OF SETTLEMENT** was had upon the Defendant herein on the 19th day of April, 2017, by filing electronically with the Clerk of the Court using the CM/ECF system, and by mailing a copy of said Notice to the following:

Shelly Gensmer, Senior Director of Legal  
ERC  
8014 Bayberry Road  
Jacksonville, FL  32256

           By:    /s/ Jason E. Causey  
                    JASON E. CAUSEY #0081933  
                    BORDAS & BORDAS, PLLC  
                    106 East Main Street  
                    Saint Clairsville, OH  43950  
                    (304) 242-8410  
                    jcausey@bordaslaw.com

                    *Counsel for Plaintiff*