# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Charlene Ann Smith,

    Plaintiff,

    v.　　　　　　　　　　　　　　　　Case No. 1:16cv1123

Enhanced Recovery Company, LLC,　　　　Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to the Notice of Settlement (Doc. 3) filed on April 19, 2017 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                  _s/Michael R. Barrett_
                                  Michael R. Barrett
                                  United States District Judge